IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

TRACY M. DEFRANCE,

   Plaintiff,

    v.

COMPUCREDIT CORPORATION,

   Defendant.

CIVIL ACTION FILE
NO. 1:06-CV-1491-TWT

### ORDER

This is an employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 41] of the Magistrate Judge recommending granting the Defendant's Motion for Summary Judgment [Doc. 29]. The Court approves and adopts the thorough and well reasoned Report and Recommendation as the judgment of the Court. The Defendant's Motion for Summary Judgment [Doc. 29] is GRANTED.

SO ORDERED, this 5 day of December, 2007.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge